IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-80581-G3-7 |
| GORDON BRUCE BATY § | |
| BARBARA LEE BATY § | |
| § | CHAPTER 7 |
| DEBTOR(S) § | |

NOTICE OF SUBMISSION OF
TRUSTEE'S FINAL REPORT BEFORE DISTRIBUTION

**PLEASE TAKE NOTICE** that on June 12, 2013, Janet S. Northrup, Trustee submitted her Final Report Before Distribution to the U. S. Trustee for review and approval.

DATE:  June 12, 2013

Respectfully submitted,

 /s/ Janet S. Northrup
Janet S. Northrup, Trustee
333 Clay Street, 29th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
Email: jln@hwallp.com

2705181-1:BATY:0001